UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALAN S COLEMAN AND STACI E. ) <br> COLEMAN, a/k/a, STACI FRANCIE, STACI ) <br> HARDCASTLE, STACI FRANCIS, AND ) <br> STACI FORD, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 2:12-CV-02519-KJM-JFM <br><br> ORDER GRANTING LEAVE TO SERVE SUMMONS BY PUBLICATION, AND TO AMEND ORDER SETTING (PRETRIAL SCHEDULING) CONFERENCE |

Having considered the United States' Motion for Service by Publication of Defendants Alan and Staci Coleman, the court finds that despite plaintiff's reasonably diligent efforts to locate the defendants for personal service, plaintiff has been unable to serve them and so it hereby **GRANTS** the Motion. Accordingly,

**IT IS ORDERED** that the United States shall serve Defendants Alan and Staci Coleman by publication in the Vacaville Reporter and the Dixon Tribune, *see* Cal. Code Civ. Proc. § 415.50(b) and shall comply with California Government Code § 6064, which provides that publication in the newspapers must occur once a week for four successive weeks;

**IT IS FURTHER ORDERED** that plaintiff must mail a copy of the summons, complaint and the order for publication if it learns defendants' address within the next sixty (60) days;

/////

1   **IT IS FURTHER ORDERED** that the United States will file proofs of service upon Defendants Alan and Staci Coleman upon completion of service, either personally or by publication.

**IT IS FURTHER ORDERED** that the United States will serve by U.S. Mail copies of the summonses, related papers, and proofs of service at the address of Ms. Coleman's mother.

**IT IS FURTHER ORDERED** that to complete and effect service of process by publication and for good cause shown, the Order Setting (Pretrial Scheduling) Conference (No. 2) deadlines are extended by 60 days.  Amended deadlines follow here:  (a) Friday, March 8, 2013, for effecting service; (b) Monday, April 1, 2013, for holding a Rule 26(f) conference; (c) Monday, April 8, 2013, for filing a joint status report; and (d) Thursday, April 18, 2013, for appearing in person for a status conference.

**THUS DONE AND SIGNED**, this 19th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE