UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>       v.<br><br>Coleman, et al.,<br><br>             Defendant. | Case No. 2:12-cv-02519 KJM MJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Alan S. Coleman for individual income tax liabilities for tax years 2000, 2001, 2002, 2003, 2004, 2005 and 2006 in the amount of $543,878.88

Date: February 26, 2014                                         MARIANNE MATHERLY, CLERK

                                                                                  By: /s/  G. Michel
                                                                                  Deputy Clerk