UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alan S. Coleman, et al.,<br><br>　　　　Defendant. | Case No.  2:12-cv-02519 KJM KJN<br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Alan S. Coleman and in favor of the United States in the amount of $543,878.88, for assessed individual federal income tax liabilities for the 2000, 2001, 2002, 2003, 2004, 2005, and 2006 tax periods and accrued but unassessed interest calculated through 10/31/2013 pursuant to 26 U.S.C. §§ 6601, 6621-6622, less any payments, interest accruing after 10/31/2013 through the date of the entry of judgment pursuant to 26 U.S.C. §§ 6601, 6621-6622, and interest accruing pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621-6622 after the entry of judgment and until paid.

Date: October 28, 2014　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/  G. Michel
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk